# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-5266**                                **September Term, 2015**

1:09-cv-02368-RCL

**Filed On: January 14, 2016** [1593522]

Makhtar Yahia Naji Al-Wrafie,

      Appellant

   v.

Barack Obama,

      Appellee

**O R D E R**

    Upon consideration of appellant's consent motion for extension of time to file its brief and appendix, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | February 26, 2016 |
| Appellees' Brief | March 28, 2016 |
| Appellants' Reply Brief | April 11, 2016 |
| Appendix | February 26, 2016 |
| Public Version of Appellants' Brief | March 28, 2016 |
| Public Version of Appellees' Brief | April 27, 2016 |
| Public Version of Appellants' Reply Brief | May 11, 2016 |
| Public Version of Appendix | May 11, 2016 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk